## 36831. BIGGS v. BIGGS.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED OCTOBER 7, 1980.

*Grace W. Thomas,* for appellant.
*Monroe Ferguson,* for appellee.